No. 84–646. PEAT, MARWICK, MITCHELL & CO. *v.* LIPTON ET AL.; and

No. 84–651. DOCUMATION, INC., ET AL. *v.* LIPTON ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. Reported below: 734 F. 2d 740.

No. 84–654. CHEVRON CORP. ET AL. *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–668. WESTERN AIRLINES, INC. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–694. ARKANSAS POWER & LIGHT CO. ET AL. *v.* UNION OF CONCERNED SCIENTISTS ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 84–707. DUNN *v.* UNITED STATES ET AL. C. A. 11th Cir. Motion of petitioner to secure Rule 28.2 affidavit denied. Certiorari denied.

No. 84–711. RONWIN *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–731. SHUMATE *v.* DOUTHAT, SUBSTITUTE TRUSTEE, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–5333. SPICER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.